AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff(s) <br> v. <br> ALCATEL-LUCENT USA, INC. & <br> CELLCO PARTNERSHIP <br> D/B/A VERIZON WIRELESS, <br><br> Defendant(s) | Civil Action No. 6:15-cv-604 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alcatel-Lucent USA, inc.
c/o Corporation Service Company,
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig Tadlock
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: 903-730-6789
Email: craig@tadlocklawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/29/15

CLERK OF COURT

*David Maland*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:15-cv-604

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALCATEL-LUCENT USA, INC.
was received by me on *(date)* 06/29/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: DELIVERED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED TO ALCATEL-LUCENT USA, INC. BY DELIVERING TO ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY AT 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DE 19808 ON 07/02/2015 ***

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/10/2015

*Server's signature*

CHARITY N. COLEMAN, PROCESS SERVER SCH2761
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:
*** U.S.P.S. 3811 SIGNED BY WILLIAM LOLLY AN AUTHORIZED AGENT OF CORPORATION SERVICE COMPANY IS ATTACHED.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    ALCATEL-LUCENT USA, INC.
    C/O CORPORATION SERVICE COMPANY

    2711 CENTERVILLE ROAD, SUITE 400
    WILMINGTON         DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Willis Lull*   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7013 1710 0000 5001 4958

PS Form 3811, July 2013   Domestic Return Receipt   1800411

English   Customer Service   USPS Mobile                                      Register / Sign In

# USPS.COM

## USPS Tracking™


Customer Service >
Have questions? We're here to help.


Get Easy Tracking Updates >
Sign up for My USPS.

Tracking Number: **70131710000050014958**

Updated Delivery Day: **Thursday, July 2, 2015**

### Product & Tracking Information

**Postal Product:**         **Features:**
                            Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 2, 2015, 8:26 am | Delivered | WILMINGTON, DE 19808 |

Your item was delivered at 8:26 am on July 2, 2015 in WILMINGTON, DE 19808.

| | | |
|---|---|---|
| July 2, 2015, 7:45 am | Out for Delivery | WILMINGTON, DE 19808 |
| July 2, 2015, 7:35 am | Sorting Complete | WILMINGTON, DE 19808 |
| July 2, 2015, 7:17 am | Arrived at Unit | WILMINGTON, DE 19808 |
| July 1, 2015, 11:32 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| July 1, 2015, 2:27 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| June 29, 2015, 10:42 pm | Arrived at USPS Facility | COPPELL, TX 75099 |

### Available Actions

Text Updates

Email Updates

### Track Another Package

Tracking (or receipt) number

[                                      ] Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS >



HELPFUL LINKS          ON ABOUT.USPS.COM         OTHER USPS SITES            LEGAL INFORMATION
Contact Us             About USPS Home           Business Customer Gateway   Privacy Policy
Site Index             Newsroom                  Postal Inspectors           Terms of Use
FAQs                   USPS Service Updates      Inspector General           FOIA
                       Forms & Publications      Postal Explorer             No FEAR Act EEO Data
                       Government Services       National Postal Museum
                       Careers                   Resources for Developers

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7013 1710 0000 5001 4958        7/10/2015