**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA INC., et al, <br><br> Defendant. | Case No. 6:15-CV-00604-RWS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Alcatel-Lucent USA Inc. ("ALU"), files this Notice of Appearance, and hereby notifies the Court that Brianne McNicholas Straka, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP , 500 West Madison, Suite 2450, Chicago Illinois 60661, Telephone (312) 705-7400, Fax (312) 705-7401, E-mail: briannestraka@quinnemanuel.com has entered this action as counsel for ALU. In connection with this notice, Mrs. Straka requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: July 20, 2015

Respectfully submitted,

By: /s/ *Brianne Straka*
Brianne Straka
State Bar No. IL6300972
Quinn Emanuel Urquhart & Sullivan
500 West Madison Street
Ste 2450
Chicago, IL 60661
(312) 705-7415
(312) 705-7401 FAX
Email:
briannestraka@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

>  */s/ Brianne M. Straka*
>  Brianne M. Straka