## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ADAPTIX, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA INC., et al, <br><br> Defendant. | Case No. 6:15-CV-00604-RWS <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant, Alcatel-Lucent USA Inc. ("ALU"), files this Notice of Appearance, and hereby notifies the Court that Marc L. Kaplan, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP , 500 West Madison, Suite 2450, Chicago Illinois 60661, Telephone (312) 705-7400, Fax (312) 705-7401, E-mail: marckaplan@quinnemanuel.com has entered this action as counsel for ALU. In connection with this notice, Mr. Kaplan requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: July 20, 2015

Respectfully submitted,

By: /s/ *Marc L. Kaplan*
Marc L. Kaplan
State Bar No. IL6303652
Quinn Emanuel Urquhart & Sullivan
500 West Madison Street
Ste 2450
Chicago, IL 60661
(312) 705-7400
(312) 705-7401 FAX
Email:
marckaplan@quinnemanuel.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                           */s/ Marc L. Kaplan*
                                           Marc L. Kaplan