# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ADAPTIX, INC.<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALCATEL-LUCENT USA INC., et al,<br><br>　　Defendant. | Case No. 6:15-CV-00604-RWS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Alcatel-Lucent USA Inc. ("ALU"), files this Notice of Appearance, and hereby notifies the Court that David A. Nelson, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP , 500 West Madison, Suite 2450, Chicago Illinois 60661, Telephone (312) 705-7400, Fax (312) 705-7401, E-mail: davenelson@quinnemanuel.com has entered this action as counsel for ALU. In connection with this notice, Mr. Nelson requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: July 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *David A. Nelson*
　　　　　　　　　　　　　　　　　　　　　　　David A. Nelson
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. IL6209623
　　　　　　　　　　　　　　　　　　　　　　　Quinn Emanuel Urquhart & Sullivan
　　　　　　　　　　　　　　　　　　　　　　　500 West Madison Street
　　　　　　　　　　　　　　　　　　　　　　　Ste 2450
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　　　　(312) 705-7465
　　　　　　　　　　　　　　　　　　　　　　　(312) 705-7401 FAX
　　　　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　　　　davenelson@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ David A. Nelson*
David A. Nelson