IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Adaptix, Inc., | § | |
| | § | Civil Action No. 6:15-cv-604 |
| Plaintiff, | § | |
| | § | JURY TRIAL REQUESTED |
| v. | § | |
| | § | |
| Alcatel-Lucent USA, Inc., | § | |
| Cellco Partnership d/b/a Verizon Wireless, | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF APPEARANCE AS COUNSEL**

Defendant Alcatel-Lucent USA, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Alcatel-Lucent USA, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 20, 2015

                                              Respectfully submitted,

                                              By: */s/ Michael E. Jones*
                                              Michael E. Jones
                                              State Bar No.10929400
                                              mikejones@potterminton.com
                                              POTTER MINTON
                                              A Professional Corporation
                                              110 N. College, Suite 500
                                              Tyler, Texas  75702
                                              903 597 8311
                                              903 593 0846 (Facsimile)

                                              **ATTORNEY FOR DEFENDANT**
                                              **ALCATEL-LUCENT USA, INC.**

{A07/09847/0001/W1321063.1 }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 20, 2015.

*/s/ Michael E. Jones*