IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adaptix, Inc., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Alcatel-Lucent USA, Inc., § <br> Cellco Partnership d/b/a Verizon Wireless, § <br> § <br> Defendants. § | Civil Action No. 6:15-cv-604 <br><br> JURY TRIAL REQUESTED |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Alcatel-Lucent USA, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Alcatel-Lucent USA, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 20, 2015

                    Respectfully submitted,

                    By: */s/ Allen F. Gardner*
                    Allen F. Gardner
                    State Bar No. 24043679
                    allengardner@potterminton.com
                    POTTER MINTON
                    A Professional Corporation
                    110 N. College, Suite 500
                    Tyler, Texas  75702
                    903 597 8311
                    903 593 0846 (Facsimile)

                    **ATTORNEY FOR DEFENDANT**
                    **ALCATEL-LUCENT USA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 20, 2015.

*/s/ Allen F. Gardner*