**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALCATEL-LUCENT USA, INC., and  )<br>CELLCO PARTNERSHIP D/B/A  )<br>VERIZON WIRELESS,  )<br>    Defendants.  )<br>  ) | Case No. 6:15-cv-00604 |

NOTICE OF APPEARANCE

Please take notice that Kevin Gannon, of the firm Hayes Messina Gilman & Hayes LLC, 200 State Street, 6th Floor, Boston, MA 02109, appears as counsel in this action for Plaintiff, Adaptix, Inc.

Dated: July 22, 2015

/s/ *Kevin Gannon*
Kevin Gannon
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing document has been served on July 22, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

               /s/ Kevin Gannon
               Kevin Gannon