**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Adaptix, Inc.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:15-cv-604 |
| | § | |
| **Alcatel-Lucent USA, Inc. et al,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court **REFERS** the above-styled and numbered civil action to United States Magistrate Judge John D. Love to conduct all pretrial proceedings in accordance with 28 U.S.C. § 636.

**SIGNED this 24th day of July, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE